UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| STEVEN WAYNE MENDENHALL, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Nos.: 3:05-cr-053 |
| | ) | 3:08-cv-417 |
| UNITED STATES OF AMERICA, | ) | (VARLAN/GUYTON) |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the government's motion to dismiss is **GRANTED**, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** as time-barred, and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R :**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

　s/ *Debra C. Poplin*　
CLERK OF COURT